UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELVYN COLEMAN,

        Petitioner,

   v.

BOARD OF PRISON TERMS, et al.,

        Respondents.

                 NO. CIV. S-96-783 LKK/PAN P

                 O R D E R

On June 15, 2005, respondents notified the court that they would be appealing this court's May 19, 2005 order in the above-captioned case. Accordingly, the Clerk is directed to administratively close this case. The parties are directed to inform the court within ten (10) days of any decision by the U.S. Court of Appeals.

    IT IS SO ORDERED.

    DATED: September 29, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT