UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELVYN COLEMAN,

        Petitioner,

   v.

BOARD OF PRISON TERMS, et al.,

        Respondents.
_____/

NO. CIV. S-96-0783 LKK/PAN P

O R D E R

    The court is in receipt of the U.S. Court of Appeals for the Ninth Circuit's November 23, 2005 order dismissing the appeal as the court's May 19, 2005 was not a final appealable order. The court hereby AMENDS the May 19, 2005 order to read as follows:

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 22, 2004, the magistrate judge filed findings and recommendations herein which were served on all parties and which

1

1  contained notice to all parties that any objections to the findings
2  and recommendations were to be filed within twenty days.
3  Respondent has filed objections to the findings and
4  recommendations.
5      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
6  and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review
7  of this case. Having carefully reviewed the entire file, the court
8  finds the findings and recommendations to be supported by the
9  record and by proper analysis.
10      Accordingly, IT IS HEREBY ORDER that:
11      1. The findings and recommendations filed December 22, 2004,
12  are adopted in full; and
13      2. The petition for writ of habeas corpus is GRANTED and
14  petitioner is ordered released unless, within sixty days,
15  respondent provides a fair parole suitability hearing, conducted
16  by a board free of any prejudice stemming from a gubernatorial
17  policy against parole for murderers.
18      IT IS SO ORDERED.
19      DATED:  December 2, 2005.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT